| | | | |
|---|---|---|---|
| | AUSA: Andrew Picek | Telephone: | (313) 226-9652 |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: Andrew White (FBI) | Telephone: | (313) 686-7244 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
  v.
WILLIAM BLEVIN-HAILEY

Case No.  Case: 2:21−mj−30573
Assigned To : Unassigned
Assign. Date : 12/3/2021
Description: CMP USA v. SEALED
MATTER (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 23, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

Task Force Officer Andrew White, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 3, 2021__

_Judge's signature_

City and state: __Detroit, Michigan__  Hon. Jonathan J.C. Grey, U.S. Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Andrew White, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. I have been a Border Patrol Agent with the United States Border Patrol since August 2009. I am currently assigned as a federal Task Force Officer (TFO) to the Federal Bureau of Investigation (FBI), Detroit FBI Violent Gang Task Force (VGTF), and I participate in investigations into street gangs committing various violations of federal law, including narcotics and weapons

1

trafficking and violent crime. Prior to my current assignment, I was assigned to Michigan State Police narcotics task force for three years. During my time as a Task Force Agent, I investigated narcotics trafficking by violent criminal organizations. I also initiated investigations involving narcotics, human trafficking, and other activities of violent criminal organizations.  I have participated in numerous investigations that resulted in the execution of federal search and arrest warrants.

## PURPOSE OF AFFIDAVIT

3.　This affidavit is provided in support of an application for a complaint and arrest warrant of WILLIAM BLEVIN-HAILEY, DOB: xx/xx/1991.  Your affiant believes there is probable cause that BLEVIN-HAILEY violated Title 18, United States Code, Section 922(g) (felon in possession of a firearm).

## PROBABLE CAUSE

4.　I am currently involved in an investigation of a subject identified as WILLIAM BLEVIN-HAILEY, who resides in the Eastern District of Michigan.

5.　On November 23, 2021, Detroit Police Officers responded to a report of a gunshot wound in the vicinity of East 8 Mile Road and Brock Ave.  As they approached the scene, they saw the back end of a Chevy Cruze that had ran into a tree.

6. Three non-fatal shooting victims were identified, all from the same vehicle: BLEVIN-HAILEY, his brother L.H., and a third person, D.R. When officers arrived, L.H. was lying in the grass median strip, BLEVIN-HAILEY was seated on the ground outside the rear passenger side of the vehicle, and D.R. was sitting against a tree with a black bag on his side. L.H. was identified as the driver of the vehicle, D.R. as the front seat passenger, and BLEVIN-HAILEY as the back seat passenger.

7. L.H. was taken to the hospital by officers immediately due to the severity of his injuries, having been shot in his left rib cage area.

8. BLEVIN-HAILEY was conveyed to the hospital via EMS for an injured neck. D.R. refused medical treatment.

9. Other officers that responded to the scene were approached by an eyewitness who wished to remain anonymous (but did provide their information to officers). The witness stated they observed part of the shooting but did not see the shooter's vehicle. The witness went to assist the victims and saw "them" take guns and hide them behind a nearby electrical pole in the median on 8 Mile Road. The witness pointed to an electric pole, which the officers immediately went to and observed two Glock handguns lying on the ground with the barrels facing each other.

10. Officers collected the two firearms:

3

      a. A Glock 23 gen 5 .40 caliber firearm, serial number BMLX723

      b. A Glock 29 10MM firearm, serial number BUWM139.

11.    The third occupant of the victim vehicle, D.R., was found sitting on the ground nearby with a black bag. Baby bottles were seen in the bag with a green liquid mixture consistent with promethazine/codeine. D.R. agreed to allow officers to check the bag. Inside they found a total of 368 narcotic pills, primarily identified as containing oxycodone based on their markings, plus the two baby bottles previously noted, three prescription bottles of promethazine syrup, and approximately $11,000 in cash.

12.    I spoke with an officer who reviewed surveillance video which captured events immediately after the shooting incident. That officer relayed that they were able to see on the video an individual walk from the vehicle and appear to place objects near the electric pole where the firearms were recovered, before returning to the vehicle and collapsing next to the vehicle right before the first responding officers arrived. As noted above, L.H. was suffering from a gunshot wound to the rib area and lying in the median, and D.R. was seated nearby. D.R. was also wearing bright colored clothing. Therefore, on review of the video, and with knowledge of the location of the three victims on arrival of officers and their clothing, the officer concluded that the person seen placing the objects near the electric pole was in fact BLEVIN-HAILEY.

4

13. On this date, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Michael Jacobs was contacted regarding the Interstate Nexus of the recovered firearms. Special Agent Jacobs stated that the firearms, based on the descriptions provided, met the definition of a firearm as defined in Title 18 U.S.C., Chapter 44, section 921 (a)(3) and were manufactured outside of the State of Michigan, and therefore had traveled in and affected interstate commerce.

14. A computerized criminal history check WILLIAM BLEVIN HAILEY, DOB xx/xx/1991, revealed he has a felony conviction for 2nd degree Home Invasion in 2010 in the 3rd Circuit Court in Wayne County, Michigan, for which he received HYTA, which was subsequently revoked. BLEVIN-HAILEY also has a 2011 felony conviction for Delivery/Manufacture of a controlled substance in the 16th Judicial Circuit Court, Macomb County, Michigan.

## CONCLUSION

15. Based on the above facts, affiant believes there is probable cause to believed that WILLIAM BLEVIN-HAILEY, DOB xx/xx/1991, convicted felon, did knowingly and intentionally possess firearms which traveled in and affected interstate commerce, in violation of Title 18 U.S.C. §922(g)(1) on or about November 23, 2021, in the County of Wayne, Eastern District of Michigan.

Respectfully submitted,

*[signature]*

Andrew White
Task Force Agent
Federal Bureau of
Investigation


Subscribed and sworn to before me in my presence and/or by reliable electronic means

On December __3__ 2021:

*[signature: Jonathan JC Grey]*

HONORABLE JONATHAN J.C. GREY
UNITED STATES MAGISTRATE JUDGE